IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| EDNA MARTIN, | ) | C/A No.: 7:08-cv-1822-HFF |
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER EXTENDING** |
| | ) | **TIME FOR DEFENDANT TO** |
| vs. | ) | **ANSWER THE COMPLAINT** |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court, upon the request of the Defendant, and with the consent of the Plaintiff, for an Order extending Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint, up to and including June 9, 2008.

The grounds for this request are that the Parties are attempting resolve the case and need additional time to negotiate the settlement.

Therefore, for good cause shown, **NOW THEREFORE,** it is hereby **ORDERED, ADJUDGED** and **DECREED**, that Defendant will answer, move or otherwise respond to Plaintiff's Complaint, up to and including June 9, 2008.

   **IT IS SO ORDERED.**


                                            **s/Henry F. Floyd**
                                            Henry F. Floyd
                                            United States District Judge

May 29, 2008
Spartanburg, South Carolina

**WE SO MOVE:**

s/ Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No.: 5136
**MONTGOMERY WILLARD, LLC**
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
Telephone: (803) 779-3500

ATTORNEYS FOR DEFENDANT


**WE CONSENT:**

s/ Robert E. Hoskins
Robert E. Hoskins
Federal I.D. No.: 5144
**Foster Law Firm, L.L.P.**
601 East McBee Ave.
Post Office Box 2123
Greenville, South Carolina 29602
Telephone: (864) 242-6200

ATTORNEYS FOR PLAINTIFF